UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                    CASE NO.13-07485-JJG-13
PAMELA SUE COWAN
DEBTOR(S)

## TRUSTEE'S MOTION TO DISMISS
## WITH NOTICE OF OBJECTION DEADLINE

      Comes now, Ann M. DeLaney, Trustee herein, and moves the Court to enter an order dismissing the above referenced Chapter 13 proceeding for the reason(s):

**Debtor is delinquent in payments to Trustee**

      **Parties are hereby notified** that any objection to this Motion must be filed with the Court within twenty-one (21) days from the date of service. Objections must be filed either electronically (for those who are authorized ECF filers) or by delivery to the Clerk's Office, by mail or in person at United States Bankruptcy Court, Room 116, Birch Bayh Federal Building and United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana 46204. The objection must be served on the trustee, the debtors, and any attorney for the debtor(s). If no objection is timely filed, an order may be entered by the Court for the relief requested.

Respectfully submitted,

DATE: July 1, 2016

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN 46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

## Certificate of Service

      I do hereby certify that a copy of the foregoing Trustee's Motion to Dismiss has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date July 1, 2016:

U.S. Trustee      *via electronic mail*

SAWIN SHEA & DES JARDINES      *via electronic mail*

PAMELA SUE COWAN: 935 ALBANY STREET, INDIANAPOLIS, IN 46203

/s/Ann DeLaney
Ann DeLaney