UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                CASE NO.13-07485-JJG-13
PAMELA SUE COWAN
DEBTOR(S)

**AMENDED**
**TRUSTEE'S MOTION TO DISMISS**
**WITH NOTICE OF OBJECTION DEADLINE**

    Comes now, Ann M. DeLaney, Trustee herein, and moves the Court to enter an order dismissing the above referenced Chapter 13 proceeding for the reason(s):

    Delinquent in plan payments to the Trustee & Failure to turn over 2015 Tax Return.

    **Parties are hereby notified** that any objection to this Motion must be filed with the Court within twenty-one (21) days from the date of service.  Objections must be filed either electronically (for those who are authorized ECF filers) or by delivery to the Clerk's Office, by mail or in person at United States Bankruptcy Court, Room 116, Birch Bayh Federal Building and United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana 46204.  The objection must be served on the trustee, the debtors, and any attorney for the debtor(s).  If no objection is timely filed, an order may be entered by the Court for the relief requested.
must occur before the deadline for filing an objection, stated above.

                                                           Respectfully submitted,

DATE: July 7, 2016

                                         /s/Ann DeLaney
                                         Ann DeLaney
                                         P.O. Box 441285
                                         Indianapolis, IN  46244
                                         Telephone: (317) 829-7360
                                         Facsimile: (317) 829-7369
                                         Email:anndelaney341@trustee13.com

## Certificate of Service

    I do hereby certify that a copy of the foregoing Trustee's Motion to Dismiss has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date July 7, 2016:

U.S. Trustee   *via electronic mail*

SAWIN SHEA & DES JARDINES   *via electronic mail*

PAMELA SUE COWAN: 935 ALBANY STREET, INDIANAPOLIS, IN 46203

                                         /s/Ann DeLaney
                                         Ann DeLaney